UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NOROTOS, INC., <br><br>   Plaintiff, <br><br> vs. <br><br> OPS-CORE, INC., <br><br>   Defendant. <br><br> AND RELATED COUNTERCLAIM. | Case No. 1:09-CV-10215-NG <br><br> Hon. Nancy Gertner |

### DECLARATION OF JONATHON R. PRENDERGAST IN SUPPORT OF PLAINTIFF NOROTOS, INC.'S MOTION FOR PARTIAL SUMMARY ADJUDICATION OF INFRINGEMENT OF UNITED STATES PATENT 6,751,810

I, Jonathon R. Prendergast, declare and state as follows:

1. I have been employed by Norotos, Inc. ("Norotos") for about fifteen years as a Design Engineer, Senior Design Engineer and as the Director of Manufacturing Operations. I make this declaration in support of Norotos's Motion for Partial Summary Adjudication and could and would competently testify concerning the matters contained herein if called upon to do so.

2. Norotos is in the business of designing, manufacturing, and selling products and equipment for military, law enforcement and commercial applications.

3. Around 2002, I developed an improved product, a contoured shroud plate and helmet mount for a night vision device. The shroud plate is fixed to a helmet or other headgear, and the helmet mount (aka "interface") can be attached and detached from the shroud plate. The prior design for such a product was a conventional flat front bracket plate fixed onto the outer surface of a helmet with straps. The straps were susceptible to being dislodged or lost during a maneuver. Later versions attached the flat bracket plate directly to the helmet. However,

-1-

because the helmet had a curved outer surface, the edges of the flat bracket plate protruded from the surface of the helmet. These protruding edges could interfere with the maneuver or even seriously injure the user. For example, a protruding edge could catch the shroud line of an opening parachute, either cutting the line or violently jerking the user's head and neck. To prevent the shroud lines from snagging on the flat bracket plate, paratroopers commonly placed tape over the flat bracket plate before jumping and engaging their parachute. Consequently, the tape would have to be removed from the flat bracket plate before attaching the mount and the night vision device. This solution was both inconvenient and inefficient. It was also time-consuming and therefore dangerous if the user were in a combat situation or under fire.

4.  My improved shroud plate was designed to be shaped to match the contour of the headgear and to be free of protruding edges that could catch on objects such as a shroud line of a parachute or a dangling tree branch. This greatly improves the safety of the wearer, as well as providing a more convenient and worry-free method for attaching a night vision device to a helmet or other headgear.

5.  The first version of the contoured shroud plate offered by Norotos had a lock and a release mechanism incorporated into the shell of the shroud plate. The lock and the release mechanism would then interact with a lock plate on the mount to hold the mount in place. This first version is depicted as one embodiment of the invention in U.S. Patent No. 6,751,810 ("the '810 patent"). I am the sole inventor listed on the '810 patent, and the assignee of the patent is Norotos. Attached to this Declaration as Exhibit A is a true and correct copy of the '810 patent.

6.  An improvement on the '810 patent, which included an attachment point that is laterally movable within a restricted area, was issued as U.S. Patent No. 6,938,276 ("the '276 patent"). I am the sole inventor listed on the '276 patent, and the assignee of the patent is Norotos. Attached to this Declaration as Exhibit B is a true and correct copy of the '276 patent.

7.  Some preexisting mounts made by Norotos have a lock and a release mechanism incorporated into the lock plate. This type of mount is also known as a standard NVD interface. Norotos later introduced a shroud plate having an insert that is compatible with the lock and

-2-

release mechanism of this type of standard mount. This later version was copied by Ops-Core and introduced to the market in or before August 2008.

8. Norotos currently has four (4) products covered by the '810 and/or '276 patents. Most importantly, these products are used in the majority of our helmet mount assemblies and, consequently, immensely affect Norotos' revenue.

9. In August 2008, I became aware of the Ops-Core VAS Shroud. Ops-Core offered the VAS Shroud in its 2008 catalog as well as on its website. Attached to this Declaration as Exhibit C is a true and correct copy of a press release dated August 2, 2008, regarding the introduction of the VAS Shroud. Also attached to this Declaration as Exhibit D is a true and correct copy of a page from Ops-Core's catalog showing a VAS Shroud.

10. In January 2009, I attended the 2009 SHOT Show in Orlando, Florida. The SHOT Show is the largest trade show for the shooting sports and hunting industries. Ops-Core was actively offering the VAS Shroud for sale commercially at this event. In addition, the Ops-Core display demonstrated how the VAS Shroud could be used with a Norotos standard NVD mount having a lock and release mechanism. Attached to this Declaration as Exhibit E are true and correct copies of photographs taken by me at the 2009 SHOT show. Attached to this Declaration as Exhibit F are true and correct copies of enlarged areas of the photographs taken by me at the 2009 SHOT show.

11. I have been in the possession of a VAS Shroud and have connected a Norotos NVD mount to the VAS Shroud. Attached to this Declaration as Exhibit G are true and correct photographs of the VAS Shroud, both alone and with a Norotos NVD mount. The VAS Shroud is an attachment mechanism that attaches to a helmet to provide an interface between the helmet and the helmet mount used to attach a night vision device. The VAS Shroud is a shroud plate that has a shell portion and a recessed insert portion. The shell portion extends around most of the recessed insert portion. When the VAS Shroud is mounted to a headgear, an external surface faces away from the headgear and an internal surface faces toward the headgear. The VAS Shroud also has a periphery. The VAS Shroud is shaped to match the contour of the headgear

10/22/2010  16:15   7146627950   NOROTOS INC   PAGE  04/08

and has an external surface that is smooth with rounded edges and corners, and the shell has no projections that a shroud line can catch on. The VAS Shroud is designed for use with a standard NVD interface having a lock and release mechanism and has no other substantial use. The insert of the VAS Shroud is designed to receive the lock plate of the standard NVD interface. The lock of the standard NVD interface secures the lock plate to the insert, and the release mechanism allows the lock plate to be removed from the insert.

12. Ops-Core continues to sell the VAS Shroud and has obtained Norotos' standard NVD interfaces to sell with the VAS Shroud as a set as evidenced by photos in Ops-Core's catalog. Attached to this Declaration as Exhibit H is a true and correct copy of a page from Ops-Core's catalog showing a VAS Shroud being sold as a set with a standard NVD interface made by Norotos.

Sworn to under the penalty of perjury this 22nd day of October, 2010 in Santa Ana, California.

JONATHON R.
_____
Jonathon R. Prendergast

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 25, 2010.

/s/ *Edward R. Schwartz*
Edward R. Schwartz