UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NOROTOS, INC.,

        Plaintiff,

v.

OPS-CORE, INC.,

        Defendant.

Civil Action No: 09-CV-10215-RGS

FILED IN OPEN COURT
4-20-12

# VERDICT

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

**FINDINGS ON OPS-CORE'S INVALIDITY DEFENSES**

**Please answer Q.1, Q.2, and Q.3.**

**A.    Written Description Requirement**

    Q.1 Has Ops-Core proven that it is highly probable that a person of ordinary skill in the art who read the '810 patent application at the time it was filed, would not recognize that the '810 patent application described the invention of claim 22 of the '810 patent, as it has been construed by the court?

    Yes   ✓   No _____

B.  **Anticipation**

    Q.2. Has Ops-Core proven that it is highly probable that claim 22 of the '810 patent was "anticipated," or, in other words, not new, because the claimed invention was already publicly known or publicly used by others in the United States before the invention of the of the '810 patent, or was already patented or described in a printed publication somewhere in the world before the invention of the '810 patent?

    Yes _____  No _____

C.  **Obviousness**

    Q.3. Has Ops-Core proven that it is highly probable that, at the time the invention of the '810 patent was made, the subject matter of claim 22 of the '810 patent as a whole would have been obvious to a person having ordinary skill in the art?

    Yes _____  No _____

**If the answers to Q.1, Q.2, and/or Q.3 is "Yes," you have reached a verdict. If the answer to Q.1, Q.2, and Q.3 is "No," please answer Q.4.**

**FINDINGS ON NOROTOS'S CLAIM OF DAMAGES (IF APPLICABLE)**

D.  **Lost Profits**

    Q.4. What lost profits, if any, did Norotos show that it more likely than not suffered as a result of sales that it would, with reasonable probability, have made but for Ops-Core's infringement?

    $_____ per unit for _____ units

**Please answer Q.5, if applicable.**

E.   **Reasonable Royalty**

Q.5. For those infringing sales for which Norotos has not proved its entitlement to lost profits, what sum if any does the jury award as a reasonable royalty? (**Please complete one of paragraphs a, b, or c below**)

    a)    royalty of $_____ per unit sold for _____ units; **OR**

    b)    royalty of ____% of $_____ in total sales; **OR**

    c)    one-time royalty payment of $_____ for the life of the patent.

**I CERTIFY THAT THE ABOVE ARE THE UNANIMOUS ANSWERS OF THE JURY.**

DATED:   April 20, 2012            By:

                                            *[signature]*
                                            Foreperson